IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**ROSE DIXON**

**VS.**                                          **CIVIL ACTION NO. 2:14cv96-KS-MTP**

**CAROLYN W. COLVIN,**
**COMMISSIONER OF SOCIAL SECURITY**

ORDER ADOPTING REPORT AND RECOMMENDATION

This cause came on this date to be heard upon the Report and Recommendation of the United States Magistrate Judge entered herein on August 14, 2014, after referral of hearing by this Court, no objections having been filed as to the Report and Recommendation, and the Court, having fully reviewed the same as well as the record in this matter, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation be, and the same hereby is, adopted as the finding of this Court, and that the following is ordered, to-wit:

That Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* [2] is **denied**;

That Plaintiff is given sixty (60) days to pay all of the costs associated with the filing of this lawsuit; and

That should Plaintiff fail to timely pay all of the costs associated with the filing of this lawsuit, this matter will be dismissed without prejudice without further notice.

SO ORDERED, this the 10th day of October, 2014.

*s/Keith Starrett*
UNITED STATES DISTRICT JUDGE